UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES F. MCDOWELL

VERSUS

PERKINELMER LAS, INC.

CIVIL ACTION

NO. 05-131-FJP-CN

# ORDER

Considering the Joint Stipulation Regarding Completion of Audit (Dkt. # 66);

**IT IS ORDERED** that the Case Management Order No. 1 (Dkt. # 43) is amended to include the following specific deadlines with respect to discovery/pretrial dates.  All other aspects of the Case Management Order remain in full force and effect.

### CASE MANAGEMENT ORDER NO. 2

**II.   PLEADINGS**

    A.   **Amendments; Adding Parties or Claims**

Except for good cause shown, the deadline for amending the plaintiff's complaint and/or adding new parties or claims, cross-claims or counterclaims is **June 12, 2008**.

    B.   **Dispositive Motions**

All dispositive motions must be filed on or before **April 28, 2009.**

Responses to dispositive motions **May 28, 2009**.

Reply briefs due **June 12, 2009**.

The parties shall not be required to seek leave of Court to file reply briefs. Oral argument, if necessary, will be set by the Court at a later date.

### III. DISCOVERY

    A. Schedule

Discovery shall be completed in accordance with the following schedule set by the Court:

1. The parties shall make their initial disclosures required by FRCP 26(a)(1) by **June 27, 2008**

2. All fact discovery shall be completed by **December 29, 2008**

3. Plaintiff's shall disclose their experts and produce resumes by **December 29, 2008**

    Defendant shall disclose their experts and produce resumes by **January 28, 2009**

4. Expert reports shall be exchanged as follows:

    **Plaintiff:** January 15, 2009
    **Defendant:** February 16, 2009

5. Expert discovery shall be completed by **March 30, 2009**.

**IT IS FURTHER ORDERED** that a status conference is scheduled for **FRIDAY, OCTOBER 10, 2008, AT 10:00 A.M.** Plaintiff's counsel will initiate the conference call to Chambers at 225-389-3592.

Signed in chambers in Baton Rouge, Louisiana, June 3, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**